CINCINNATI BAR ASSOCIATION *v.* SULLIVAN.

[Cite as *Cincinnati Bar Assn. v. Sullivan*
(1992), 65 Ohio St.3d 293.]

(No. 92–1342—Submitted October 20, 1992—Decided December 14, 1992.)

*Beth A. Myers, Deborah DeLong* and *Edwin W. Patterson III,* for relator.
*Sharon A. Sullivan, pro se.*

---

*Per Curiam.* We concur in the findings and recommendations of the board. Sharon A. Sullivan is indefinitely suspended from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.